

FILED
CLERK U.S. DISTRICT COURT
JAN 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. George Edward Davison, II DEFENDANT(S). | CASE NUMBER CR 11-674-DOC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Jan 23__, __2014__, at __3:00__ ☐a.m. / ☒p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __1/21/14__

U.S. District Judge/Magistrate Judge